UNITED STATES of America,
Plaintiff-Appellee,

v.

Philip Martin COOPER, Defendant-
Appellant.

No. 16-6991

United States Court of Appeals,
Fourth Circuit.

Submitted: March 20, 2017

Decided: April 28, 2017

Philip Martin Cooper, Appellant Pro Se.

Elizabeth Marie Yusi, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Before GREGORY, Chief Judge,
DUNCAN, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Philip Martin Cooper appeals the district court's order denying his "Motion Request to Order a Forensic Psychological Evaluation and Study of Defendant to Determine Medical Care." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cooper*, No. 2:99-cr-00138-AWA-1 (E.D. Va. July 11, 2016). We deny Cooper's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*